[No. 58863-0-I.   Division One.   March 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JASIRI SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04286-4, Laura C. Inveen, J., entered September 14, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58935-1-I.   Division One.   March 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW PRESTON MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00112-0, Ellen J. Fair, J., entered September 26, 2006. *Affirmed* by unpublished per curiam opinion. Now published at 145 Wn. App. 1.

[No. 59099-5-I.   Division One.   March 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALIEU JATTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01375-8, Gergory P. Canova, J., entered November 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59221-1-I.   Division One.   March 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN D. KENT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01860-0, Larry E. McKeeman, J., entered November 14, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Becker, J., and Baker, J. Pro Tem.